*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 30, 2014                    D-73-14
_____

In the Matter of SUR G. NOVEL,
    a Suspended Attorney.

COMMITTEE ON PROFESSIONAL                 MEMORANDUM AND ORDER
    STANDARDS,
                    Petitioner;

SUR G. NOVEL,
                    Respondent.

(Attorney Registration No. 4018339)
_____


Calendar Date:  August 25, 2014

Before:  Lahtinen, J.P., Stein, McCarthy, Rose and Devine, JJ.

                    _____


        Monica A. Duffy, Committee on Professional Standards,
Albany (Jevon L. Garrett of counsel), for petitioner.

        Sur G. Novel, Bangkok, Thailand, respondent pro se.

                    _____


Per Curiam.

        Respondent was admitted to practice by this Court in 2002.
He resides in Thailand.

        By decision dated June 27, 2013, this Court suspended
respondent from the practice of law for a period of six months
(Matter of Novel, 107 AD3d 1377 [2013]).  He now applies for
reinstatement.  Petitioner opposes the application.

        Because we conclude that respondent has not made the
showing required by our rules for reinstatement (see Rules of App

Div, 3d Dept [22 NYCRR] § 806.12 [b] [i]), we deny the application.  We also deny respondent's request for a waiver of the requirement that an applicant for reinstatement must have taken and attained a passing score on the Multistate Professional Responsibility Examination subsequent to the entry of the suspension order (see Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b] [ii]).

Lahtinen, J.P., Stein, McCarthy, Rose and Devine, JJ., concur.


ORDERED that respondent's application for reinstatement is denied.


ENTER:

Robert D. Mayberger
Clerk of the Court